IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRIAN PISCITELLI, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>GITLAB, INCORPORATED, )<br>)<br>*Defendant*. )<br>_____) | Civil Action No. 1:23-cv-01588 (AJT/WEF) |

## ORDER

This matter is before the Court on Defendant GitLab's Motion to Dismiss the Plaintiff's first Amended Complaint. [Doc. No. 19] (the "Motion"). On May 15, 2024, the Court held a hearing on the Motion, and for the reasons stated from the bench, it is hereby

**ORDERED** that the Motion be, and the same hereby is, **GRANTED**; and it is further

**ORDERED** that the Amended Complaint, [Doc. No. 17], be, and the same hereby is, **DISMISSED**.

The Clerk is directed to forward a copy of this Order to all counsel of record.

May 15, 2024
Alexandria, Virginia

/s/
Anthony J. Trenga
Senior United States District Judge